IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Alcides Rivera, | ) | Case No.:  6:16-3009-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Unum Life Insurance Company of America, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline by which they must mediate the case to February 23, 2017.  The parties have advised the Court that they have scheduled a mediation for February 23, 2017, and that they would like to explore settlement at or before mediation before preparing a joint stipulation.  Accordingly, the parties have asked for the deadline to file the joint stipulation and the parties' respective memoranda to be moved to March 25, 2017.  For good cause shown, the Court does believe that an extension of time within which to mediate and to file a joint stipulation pursuant to the Court's specialized case management order is warranted.  Therefore, the Court hereby extends the deadline by which the parties must mediate to February 23, 2017, and the deadline to file a joint stipulation and the parties' respective memoranda in this matter to March 25, 2017.

**WHEREFORE, it is ORDERED, ADJUDGED, AND DECREED** that the parties' deadline by which they are ordered to mediate is February 23, 2017, and the deadline for filing a joint stipulation and the parties' respective memoranda pursuant to the Court's specialized case management order in this is hereby extended until March 25, 2017.  In all other regards, the parties shall comply with the specialized case management order.

    **AND, IT IS SO ORDERED.**

                                                             s/Mary Geiger Lewis
                                                          The Honorable Mary Geiger Lewis
                                                          United States District Judge

February 7, 2017
Columbia, South Carolina